FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

May 19, 2026

SEAN F. MCAVOY, CLERK

CHARLES JOSEPH REEVIS

*Plaintiff*

v.

SPOKANE COUNTY SUPERIOR COURT, EASTERN
STATE HOSPITAL, and US DISTRICT COURT

*Defendant*

)
)
)
)
)

Civil Action No.   2:26-cv-35-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Pursuant to the Court Order at ECF No 8, this action is DISMISSED without prejudice pursuant to LCivR 41(b)(2). Judgment of Dismissal without prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Edward F. Shea.

Date:  5/19/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*